UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED
DEC 20 2007
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:07CR193 |
| v. | ) | |
| | ) | 18 U.S.C. 2422(b) |
| WILLIAM G. RUSSELL | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about August 3, 2006 through on or about August 11, 2006, in the Northern District of Indiana and elsewhere, the defendant,

**WILLIAM G. RUSSELL,**

did use a facility and means of interstate commerce, to wit: the World Wide Web internet and Yahoo! internet service, to knowingly attempt to persuade, induce, entice, and coerce "gracief13," whom the defendant believed to be a female minor under the age of eighteen (18), to wit: a thirteen (13) year old, but who was in fact an undercover law enforcement officer, to engage in sexual activity for which a person may be charged with a criminal offense under Indiana law;

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

s/ Foreperson
FOREPERSON

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By:   s/ THOMAS S. RATCLIFFE
      Thomas S. Ratcliffe
      Assistant United States Attorney
      Northern District of Indiana